UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ROD PETERSON, a/k/a IMAM FAHIEM H. HAQQ,

                            Plaintiff,

        -against-

NEW YORK CITY POLICE DEPARTMENT and THE
CITY OF NEW YORK, PORT AUTORITY BRIDGES
AND TUNNELS, EDDIE CRESPO-transportation police
officer, ALBERT MELENDEZ, Bridge & tunnel
employee officer,

                           Defendants.
-----------------------------------------------------------------------x

**DEFENDANT'S NOTICE
OF MOTION TO DISMISS**

CV 11-808 (JG)(VVP)

**PLEASE TAKE NOTICE** that upon the Declaration of Megan Lee and the exhibits

annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings and

proceedings had herein, Defendant The Port Authority of New York and New Jersey, (s/h/a Port

Autority Bridges and Tunnels) by its attorney, James M. Begley, will move before the Honorable

John Gleeson, at the United States District Court for the Eastern District of New York, located at

225 Cadman Plaza East, Brooklyn, New York, on Friday, May 29, 2011, or at a date and time set

by the Court, for dismissal pursuant to Fed.R.Civ.P. 12(b)(6), and for such other and further

relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served on

the undersigned on or before May 3, 2011.

       **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or

before May 10, 2011.

Dated: New York, New York
       April 18, 2011

Respectfully yours,

JAMES M. BEGLEY, ESQ.
*Attorney of Record for Defendant*
The Port Authority of New York & New Jersey

By:_____
    Megan Lee, Esq.
    225 Park Ave South, 13th Floor
    New York, New York 10003
    (212) 435-3435


TO:    Rod Peterson, pro se
        P.O. Box 341264
        Jamaica, NY 11434

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
ROD PETERSON, a/k/a IMAM FAHIEM H. HAQQ,

                               Plaintiff,                      **AFFIDAVIT OF SERVICE**

                    -against-                            CV 11-808 (JG)(VVP)

NEW YORK CITY POLICE DEPARTMENT and THE
CITY OF NEW YORK, PORT AUTORITY BRIDGES
AND TUNNELS, EDDIE CRESPO-transportation police
officer, ALBERT MELENDEZ, Bridge & tunnel
employee officer,

                            Defendants.
--------------------------------------------------------------------x

STATE OF NEW YORK    )
                           )ss.:
COUNTY OF NEW YORK  )

      **GEORGINA K. GOMEZ**, being duly sworn, deposes and says:

      That I am a staff member in the office of James M. Begley, attorney for the defendant, The Port Authority of New York and New Jersey, 225 Park Avenue South, 13th Floor, New York, New York, am not a party to this action, and am over the age of eighteen (18) years.

      That on the 18th day of April, 2011, I served the annexed **NOTICE OF MOTION, DECLARATION IN SUPPORT, MEMORANDUM OF LAW, and RULE 12.1 NOTICE TO PRO SE LITIGANT** upon:

> Rod Peterson
> P.O. Box 341264
> Jamaica, New York 11434

      By Federal Express by bringing a true copy thereof, securely enclosed in an addressed, sealed Federal Express wrapper to the Federal Express Dropbox located at 225 Park Avenue South, New York, New York, which is designated to receive outgoing Federal Express materials.

Sworn to before me this
18th day of April, 2011

_____            _____
Notary Public                              Georgina Gomez

P VINH DAO
NOTARY
NO. 01DA6204407
QUALIFIED IN
NEW YORK CO.
COMM. EXP.
04/20/2013
PUBLIC
STATE OF NEW YORK

**THE PORT AUTHORITY** OF NY & NJ

*Darrell Buchbinder, General Counsel*
*Christopher M. Hartwyk, First Deputy General Counsel*


April 18, 2011


**VIA FEDERAL EXPRESS**

Rod Peterson
P.O. Box 341264
Jamaica, New York 11434

>    Re:    **Rod Peterson v. The Port Authority of New York and New Jersey, et al.**
>    **CV 11-808 (JG) (VVP)**

Dear Mr. Peterson:

In regard to the above-captioned matter, enclosed please find the following:

- Defendant's Notice of Motion to Dismiss
- Declaration in Support of Motion to Dismiss
- Memorandum of Law on Behalf of Defendant The Port Authority of New York and New Jersey in Support of its Motion to Dismiss
- Rule 12.1 Notice to Pro Se Litigant of Motion to Dismiss

Said documents are being filed with the court today. If you should have any questions, please do not hesitate to contact me.


Very truly yours,

Matthew Peterson, Esq.
Direct Dial (212) 435-3442


MP:gkg

*225 Park Avenue South*
*New York, NY 10003*

From:   (212) 435-3442
Matthew L. Peterson, Esq.
Port Authority of NY & NJ
225 Park Avenue South, 13th Floor

New York, NY 10003

Origin ID: MGJA

FedEx.
Express

E

J11151102250225

Ship Date: 18APR11
ActWgt: 0.5 LB
CAD: 9080175/INET3130

Delivery Address Bar Code

SHIP TO: (555) 555-5555       BILL SENDER
ROD PETERSON

PO Box 341264

JAMAICA, NY 11434

Ref #       ROD PETERSON V. PA
Invoice #
PO #
Dept #

TRK#   7946 6458 1041
0201



ZM XNYA

TUE - 19 APR  A1
STANDARD OVERNIGHT
RES
11434
NY-US
JFK

50DG3/26A8/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.