UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| ROD PETERSON, a/k/a IMAN FAHIEM H. HAQQ,<br><br>                                       Plaintiff,<br><br>              -against-<br><br>NEW YORK CITY POLICE DEPARTMENT and THE CITY OF NEW YORK, PORT AUTORITY BRIDGES AND TUNNELS, EDDIE CRESPO- transportation police officer, ALBERT MELENDEZ- Bridge & tunnel employee officer<br><br>                                       Defendants. | **DECLARATION OF BORIS ZELDIN IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. (12)(b)(6)**<br><br>11 Civ. 808 (JG)(VVP) |

------------------------------------------------------------------ x

      **BORIS ZELDIN**, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am a Special Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, the City of New York ("City"), and New York Police Department ("NYPD") ("City defendants").

      2. I make this declaration in support of City defendants' motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. I am familiar with the facts and circumstances stated herein based upon personal knowledge, and the books and records of the City of New York.

      3. Annexed hereto as Exhibit "A" is a copy of plaintiff's Complaint in this action.

- 2 -

Dated:   New York, New York
         May 16, 2011

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for City Defendants*
                                      100 Church Street, Room 3-170(f)
                                      New York, New York 10007
                                      (212) 788-1791

                              By:     /s/ Boris Zeldin
                                      BORIS ZELDIN
                                      Special Assistant Corporation Counsel
                                      Special Federal Litigation Division

TO:   BY MAIL
      **ROD PETERSON**
      POST OFFICE BOX 341264
      JAMAICA, NY 11434
      PRO SE

CC:   BY E.C.F.
      **Megan Lee**
      The Port Authority of New York & New Jersey
      225 Park Avenue South
      13th Floor
      New York, NY 10003

**DECLARATION OF SERVICE**

I, Boris Zeldin declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **May 16, 2011** I served the annexed **DECLARATION OF BORIS ZELDIN IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND ALL OF THE EXHIBITS ANNEXED THERETO** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

> Rod Peterson
> Plaintiff Pro se
> Post Office Box 341264
> Jamaica, NY 11434

Dated: New York, New York
       May 16, 2011

_____
BORIS ZELDIN
Special Assistant Corporation Counsel
Special Federal Litigation Division

- 4 -

Docket No. 11 Civ. 808 (JG)(VVP)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROD PETERSON, a/k/a IMAN FAHIEM H. HAQQ,

             Plaintiff,

-against-

CITY OF NEW YORK, et al,

             Defendants.

**DECLARATION OF BORIS ZELDIN IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and New York City Police Department*
100 Church Street
New York, N.Y. 10007

Of Counsel: Boris Zeldin
Tel: (212) 788-1791

*Due and timely service is hereby admitted.*

*New York, N.Y.* ........................................ *, 201......*

........................................................... *Esq.*

*Attorney for*...........................................................